USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHUNHONG MEI, *on behalf of herself and others similarly situated*,

      Plaintiff,

  -v-

DP HOSPITALITY GROUP, LLC, *et al.*,

      Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-3309 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference today to address outstanding issues in the parties' proposed settlement agreement, dated January 6, 2020 (Dkt. No. 50). As discussed, the parties are directed to file a revised and executed settlement agreement for the Court's review by **January 17, 2020**.

  **SO ORDERED.**

Dated: January 8, 2020
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge