# Buchanan Ingersoll & Rooney PC

**Michael D. Hall**
212 440 4483
Michael.hall@bipc.com

640 Fifth Avenue
9th Floor
New York, NY 10019-6102
T 212 440 4400
F 212 440 4401

January 29, 2020

<u>**VIA ECF**</u>

The Honorable James L. Cott
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21D
New York, New York 10007

    Re:    *Chunhong Mei v. DP Hospitality, LLC, et al.*
             Case No. 1:19-cv-03309 (AJN)
             Settlement Agreement (Fully Executed)

Dear Judge Cott:

      This firm represents defendants, DP Hospitality, LLC d/b/a Brooklyn Chop House, Robert "Doh Pooh" Cummins, and Stratis Morfogen ("Defendants"). Enclosed please find a copy of the fully executed settlement agreement.[1]

                               Respectfully submitted,

                               *s/ Michael D. Hall*

                               Michael D. Hall

Encl.

---

[1] Please note that on January 17, 2020, the undersigned filed a revised settlement agreement as executed by Defendants only. See DE 52, 52-1.